# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

Robert P. Young, Jr.,
Chief Justice

146734(87)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

SC: 146734
COA: 306989
Wayne CC: 11-002920-FC

COREY O'NEIL WATSON,
        Defendant-Appellee.

_____/

      On order of the Court, the motion to stay the trial court proceedings on remand ordered by the Court of Appeals is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



Clerk

h1126